# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-3296

———————————————

Sylvester Kelly,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

November 15, 2018

Per Curiam.

    Affirmed.

Ray, Kelsey, and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Sylvester Kelly, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.